```
              IN THE UNITED STATES DISTRICT COURT
                 WESTERN DISTRICT OF ARKANSAS
                     FAYETTEVILLE DIVISION
```

RICKEY RAY LAUGHLIN                                              PLAINTIFF

        v.                Civil No. 10-5182

TRACY CREWS, Parole Officer;
ALCOHOL/DRUG COORDINATOR,
Fayetteville Parole Officer; and FAYETTEVILLE
OFFICE OF THE DEPARTMENT OF
COMMUNITY CORRECTIONS                                            DEFENDANTS

### ORDER

Now on this 29th day of November, 2010, comes on for consideration the **Report And Recommendation Of The Magistrate Judge** (document #5), to which there are no objections, and the Court, being well and sufficiently advised, finds that the Report And Recommendation is sound in all respects, and should be adopted in its entirety.

**IT IS THEREFORE ORDERED** that the **Report And Recommendation Of The Magistrate Judge** (document #5) is **adopted in its entirety**.

**IT IS FURTHER ORDERED** that the plaintiff's complaint is dismissed because the claims asserted are frivolous, fail to state claims upon which relief may be granted, or are asserted against individuals or entities immune from suit. 28 U.S.C. § 1915A(b). The dismissal of this case will constitute a strike under 28 U.S.C. § 1915(g). The clerk is directed to place a § 1915(g) strike flag on the case.

**IT IS SO ORDERED.**

                                            /s/ Jimm Larry Hendren
                                          JIMM LARRY HENDREN
                                          UNITED STATES DISTRICT JUDGE